**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Carr Farms, Inc. and Titan Farms, LLC, Petitioners,

v.

Susannah Smith Watson, Carson M. Watson, and Jane Watson, Respondents.

Appellate Case No. 2024-000836

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Saluda County
Alison Renee Lee, Circuit Court Judge

---

Memorandum Opinion No. 2025-MO-038
Heard June 25, 2025 – Filed July 30, 2025

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Jonathan McKey Milling, of Milling Law Firm, LLC, of Columbia, for Petitioners.

Daniel L. Draisen, of The Injury Law Firm, PC, of Anderson; and John S. Nichols, of Bluestein Thompson Sullivan, LLC, of Columbia, for Respondents.

---

**PER CURIAM:** We granted certiorari to review the court of appeals' decision in *Carr Farms, Inc. v. Watson*, 2024-UP-086 (S.C. Ct. App. filed March 20, 2024). After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL, JJ., and Acting Justice Deadra L. Jefferson, concur.**